## GODFREY v. MOSER.

*Interest — when not allowable.*

In an action by an attorney for services where the account had never been settled or balanced, *held,* that interest was not allowable. *Reed* v. *Rens. Glass Co.*, 3 Cow. 393; *Van Buren* v. *Van Gaasbeck*, 4 id. 496; *N. Y. & E. R. R. Co.*, 20 N. Y. 463.

APPEAL by defendant from a judgment in favor of plaintiff entered upon the report of a referee.

The action was brought by John A. Godfrey against William Moser to recover for services as attorney.

*Henry A. Gildersleve,* for appellant.

*B. W. Huntington,* for respondent.

DANIELS, J.

The only point of general importance passed upon in the opinion is sufficiently stated in the head-note.

*Judgment reversed and new trial ordered.*